FILED
2016 May-13 PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT A

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JENNIE SWANY**


alacourt.com

County: **01**   Case Number: **CV-2016-901291.00**   Court Action:
Style: **HENRIETTA WALKER V. PALISADES COLLECTION, LLC ET AL**

Real Time

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 4/7/2016 | 3:16 PM | ECOMP | COMPLAINT E-FILED. | LOR002 |
| 4/7/2016 | 3:17 PM | FILE | FILED THIS DATE: 04/07/2016  (AV01) | AJA |
| 4/7/2016 | 3:17 PM | EORD | E-ORDER FLAG SET TO "Y"  (AV01) | AJA |
| 4/7/2016 | 3:17 PM | ASSJ | ASSIGNED TO JUDGE: DONALD E. BLANKENSHIP  (AV01) | AJA |
| 4/7/2016 | 3:17 PM | SCAN | CASE SCANNED STATUS SET TO: N  (AV01) | AJA |
| 4/7/2016 | 3:17 PM | TDMJ | JURY TRIAL REQUESTED  (AV01) | AJA |
| 4/7/2016 | 3:17 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE  (AV01) | AJA |
| 4/7/2016 | 3:17 PM | ORIG | ORIGIN: INITIAL FILING  (AV01) | AJA |
| 4/7/2016 | 3:17 PM | C001 | C001 PARTY ADDED: WALKER HENRIETTA  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | C001 | INDIGENT FLAG SET TO: N  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | C001 | C001 E-ORDER FLAG SET TO "N"  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | C001 | LISTED AS ATTORNEY FOR C001: LORANT JERRY ODYSEAU | AJA |
| 4/7/2016 | 3:17 PM | D001 | D001 PARTY ADDED: PALISADES COLLECTION, LLC (AV02) | AJA |
| 4/7/2016 | 3:17 PM | D001 | INDIGENT FLAG SET TO: N  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | D001 | CERTIFIED MAI ISSUED: 04/07/2016 TO D001  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | D001 | D001 E-ORDER FLAG SET TO "N"  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | D002 | D002 PARTY ADDED: PALISADES ACQUISITIONS X, LLC | AJA |
| 4/7/2016 | 3:17 PM | D002 | INDIGENT FLAG SET TO: N  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | D002 | CERTIFIED MAI ISSUED: 04/07/2016 TO D002  (AV02) | AJA |
| 4/7/2016 | 3:17 PM | D002 | D002 E-ORDER FLAG SET TO "N"  (AV02) | AJA |
| 4/8/2016 | 8:19 AM | ASSJ | ASSIGNED TO JUDGE: JIM HUGHEY III  (AV01) | DES |
| 4/8/2016 | 8:19 AM | ASSJ | SPECIAL CHANGE  (AV01) | DES |
| 4/8/2016 | 4:10 PM | ESCAN | SCAN - FILED 4/8/2016 - NOTICE | JOB |
| 4/11/2016 | 9:59 AM | SUMM | CERTIFIED MAIL ISSUED ON 04112016 TO D001 | JOB |
| 4/11/2016 | 9:59 AM | SUMM | CERTIFIED MAIL ISSUED ON 04112016 TO D002 | JOB |
| 4/21/2016 | 9:03 AM | D001 | SERVICE OF CERTIFIED MAI ON 04/13/2016 FOR D001 | LOH |
| 4/21/2016 | 9:03 AM | ESERC | SERVICE RETURN | LOH |
| 4/27/2016 | 11:30 AM | D002 | SERVICE OF CERTIFIED MAI ON 04/22/2016 FOR D002 | LOH |
| 4/27/2016 | 11:30 AM | ESERC | SERVICE RETURN | LOH |

**END OF THE REPORT**