FILED
 2016 Oct-04 PM 02:45
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| HENRIETTA WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:16-cv-0800-JEO |
| ) | |
| PALISADES COLLECTION, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Henrietta Walker has filed a motion to dismiss this action with prejudice, advising that all claims with Defendants have been settled. (Doc. 21). The motion is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the file.

**DONE**, this 4th day of October, 2016.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge